IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RAKEEM JACKSON, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 18-1660 |
| | : | |
| CITY AND COUNTY OF | : | |
| PHILADELPHIA, et. al., | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW** this **11th** day of **January 2019**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 14), Plaintiff's Response thereto (ECF No. 22), and Defendants' Reply (ECF No. 23), and in accordance with the Court's accompanying Memorandum, it is hereby **ORDERED** and **DECREED** that Defendants' Motion for Summary Judgment (ECF No. 14) is **GRANTED**. Plaintiff's Complaint against Defendants is hereby **DISMISSED**.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE

1